LOUIS GOLDSMITH, an Infant, by ABRAHAM GOLDSMITH, His Guardian ad Litem, Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appel-

---

* Building Zone Resolution of City of New York.—[REP.

lant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.